U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY - 6 2022
AT____ O'CLOCK____
John M. Domurad, Clerk - Plattsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    8:22-PO-49 (GLF) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **NEEL PATEL,** | ) | Violation:    8 U.S.C. § 1325 |
| | ) |    [Improper Entry by Alien] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:    Franklin |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Improper Entry by Alien]**

On or about April 28, 2022, in Franklin County in the Northern District of New York, the defendant, **NEEL PATEL**, an alien, native and citizen of India, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: May 6, 2022

                                        CARLA B. FREEDMAN
                                        United States Attorney

                              By:    */s/ Jeffrey C. Stitt*
                                        Jeffrey C. Stitt
                                        Assistant United States Attorney
                                        Bar Roll No. 520195